

https://ap.rdcpix.com/1577780829/bac2bc95fa60f838fd21e18219a11a35l-m0xd-w1020_h770_q80.jpg

https://ap.rdcpix.com/1931856327/bac2bc95fa60f838fd21e18219a1a35f-m1xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 2





https://ap.rdcpix.com/2047420372/bac2bc95fa60f8338fd21e18219a1a35f-m2xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 3





https://ap.rdcpix.com/2200179126/bac2bc95fa60f838fd21e18219a1a35f-m3xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 4

https://ap.rdcpix.com/1578279340/bac2bc95fa60f838fd21e18219a1a35f-m5xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 5

https://ap.rdcpix.com/764308443/bac2bc95fa60f838fd21e18219af1a55l-m6xd-w1020_h770_q80.jpg



2/12/2020





https://ap.rdcpix.com/2759736535/bac2bc95fa60f838fd21e18219a1a35l-m7xd-w1020_h770_q80.jpg



https://ap.rdcpix.com/389135635/bac2bc95fa60f838fd21e18219a..a35l-m9xd-w1020_h770_q80.jpg

..12/2020

Group Exhibit 1
Page 8

https://ap.rdcpix.com/741883032/bac2bc95fa60f838fd21e18219af1a55l-m11xd-w1020_h770_q80.jpg



https://ap.rdcpix.com/3544371225/bac2bc95fa60f838fd21e18219a1.a35l-m8xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 10



https://ap.rdcpix.com/121809075/bae2bc95fa60f338fd21e18219a1a35f-m13xd-w1020_h770_q80.jpg







Group Exhibit 1
Page 13



https://ap.rdcpix.com/38703448l2/bac2bc95fa60f838fd21e18219a1ra351-m15xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 14

https://ap.rdcpix.com/216844965/bac2bc95fa60f838fd21e18219a1,d35l-m16xd-w1020_h770_q80.jpg



Group Exhibit 1

http:...ap.rdepix.com/1421594228/bac2bc95fa60f838fd21e18219a,,a35l-m17xd-w1020_h770_q80.jpg



..1.2/2020

https://ap.rdcpix.com/932136382/bac2bc95fa60f838fd21e18219at1…5l-m18xd-w1020_h770_q80.jpg



…2/2020

Group Exhibit 1
Page 17

https://ap.rdcpix.com/1064303801/bac2bc95fa60f838fd21e18219a1a35l-m19xd-w1020_h770_q80.jpg



2/2020

Page 1 of 1

https://ap.rdcpix.com/3841151579/bac2bc95fa60f838fd21e18219a1.a351-m20xd-w1020_h770_q80.jpg



...12/2020

Group Exhibit 1
Page 19

https://ap.rdcpix.com/2331980758/bac2bc95fa60f8338fd21e18219a1a35l-m21xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 20

https://ap.rdcpix.com/1601221315/bac2bc95fa60f838fd21e18219a1ιa35l-m22xd-w1020_h770_q80.jpg





Group Exhibit 1
Page 22





https://ap.rdcpix.com/423610704ª/bac2bc95fa60f838fd21e18219a1.a351-m24xd-w1020_h770_q80.jpg

Group Exhibit 1
Page 23



Group Exhibit 1
Page 24

https://ap.rdcpix.com/678829603/bac2bc95fa60f838fd21e18219a1ia5l-m26xd-w1020_h770_q80.jpg



http.../ap.rdcpix.com/2383016283/bac2bc95fa60f838fd21e18219a..a35l-m27xd-w1020_h770_q80.jpg



Group Exhibit 1
Page 26



http://...ap.rdcpix.com/3949404088/bac2bc95fa60f838fd21e18219a...a35l-m29xd-w1020_h770_q80.jpg

...12/2020

Group Exhibit 1
Page 27

https://ap.rdcpix.com/1138572919/bac2bc95fa60f338fd21e182c19a...a35l-m30xd-w1020_h770_q80.jpg



12/2020

Group Exhibit 1
Page 28

https://ap.rdcpix.com/3067714457/bac2bc95fa60f838fd21e18219a1a35f-m31xd-w1020_h770_q80.jpg



_/12/2020

Group Exhibit 1
Page 29